EX PARTE PAUL WILLIAMS.

No. 20695. Delivered October 25, 1939.

The opinion states the case.

*Grady Sturgeon,* of Paris, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

KRUEGER, Judge.

The question presented by this record is identical with that presented by the case of Ex Parte Gussie Ferguson, No. 20,714, (page 494 of this volume) this day decided by us.

For the reasons assigned by the Court in that opinion, relator is ordered discharged.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.